Case 05-45819-rfn11 Doc 76 Filed 01/17/06 Entered 01/17/06 10:30:22 Page 1 of 3



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the order of the Court.**

Signed January 13, 2006                                      _____
                                                             **United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| GRAPEVINE CHILDREN'S ACADEMY, § | CASE 05-45819-RFN-11 |
| LLC. § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**REGARDING DEBTOR'S PLAN MODIFICATION**

Came on for consideration, the Motion for Determination that the Plan Modifications Do Not Adversely Affect Any Accepting Creditor That Has Not Accepted the Modifications in Writing (the "Motion") filed by Grapevine Children's Academy, LLC. on January 9, 2006. The Court, after noting that due notice under F.R.B.P. 2002 has been given to all parties in interest at the Confirmation Hearing and after the consideration of the evidence submitted and the arguments of counsel during

Findings of Fact and Conclusions of Law
Regarding Debtor's Plan Modification                                           Page 1 of 3
G:\ORD-Server\activePDF\Sign\InputFolder\rnelms\25488_274478.WPD

the confirmation hearing on January 10, 2006, makes the following findings of fact and conclusions of law:

### FINDINGS OF FACT

1. Adequate information was contained in the original disclosure statement in this case as set forth in Section 1125 of the Code.

2. The Plan was not modified in such a manner that either classification or treatment of any creditor was materially altered in an adverse manner.

3. The Plan Modifications do not cause a material change to the treatment of any class of creditors or interests who voted on the Plan and who have not changed their ballots.

4. Notice sent to the creditors and those requesting notice is sufficient notice for modifications that do not cause a material adverse change to the treatment of creditors or interest holders.

### CONCLUSIONS OF LAW

1. The Plan as modified does not violate Sections 1122 and 1123 of the Code.

2. The Plan as modified meets all of the requirements of Section 1129 of the Code.

3. The Debtor meets the qualifications of Section 1125 of the Code by virtue of the original disclosure statement.

4. All creditors and interest holders who voted in favor of the Plan are deemed to have accepted the Plan Modifications.

# # # END OF ORDER # # #

**Findings of Fact and Conclusions of Law**
**Regarding Debtor's Plan Modification** Page 2 of 3
G:\ORD-Server\activePDF\Sign\InputFolder\rnelms\25488_274478.WPD

Submitted by:

E. P. Keiffer
State Bar No. 11181700
Amanda C. Ellis
Texas Bar No. 24014130
HANCE SCARBOROUGH WRIGHT
GINSBERG & BRUSILOW, LLP
1401 Elm Street, Suite 4750
Dallas, TX  75202
Phone:  (214) 651-6500
Fax:     (214) 744-2615
E mail: pkeiffer@hswgb.com

**ATTORNEY FOR DEBTOR**

**Findings of Fact and Conclusions of Law**
**Regarding Debtor's Plan Modification**                                                                                                   **Page 3 of 3**
G:\ORD-Server\activePDF\Sign\InputFolder\rnelms\25488_274478.WPD